UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

JOSEPH SCALI,

               Defendant.

No. 16-CR-466 (NSR)
ORDER AND OPINION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2018

NELSON S. ROMÁN, United States District Judge

On January 31, 2018, the Court heard argument related to the Government's Fourth Motion *in limine*. The Court addressed the majority of the issues presented, and reserved judgment on the rest.[1]

The Court now briefly addresses one of the motions related to the Government's witness, Peter Thomson. The Government's motion to preclude cross-examination and evidence related to Thomson's traffic violations, driving violations, and DUI arrest is granted. (Gov. Fourth Mot. 19.) At the January 31 argument, the Defendant asserted that the he does not wish to cross-examine Thomson on this matter and made no objection to the motion. Therefore, the Government's motion is granted.

For the foregoing reasons, the Government's motions *in limine* to preclude evidence and cross-examination of Thomson's traffic violations, driving violations, and DUI arrest is granted.

Dated: January 31, 2018
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

---

[1] The Court will hear argument on the remaining issues following receipt of the Defendant's written objections.

1