

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 27, 2019

**BY ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States* v. *Joseph Scali*, S2 16 Cr. 466 (NSR)

Dear Judge Román:

    The Government writes respectfully to request a one-week extension of the briefing schedule set by the Court relating to the petition filed by the defendant's parents in connection with the forfeiture of the Connecticut Property. If this request is granted, the Government's opposition to the petition will be due on November 7, 2019, and the petitioners' reply, if any, will be due on November 22, 2019. This is the first request for an extension.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                     by: /S/_____
                        Olga Zverovich / Vlad Vainberg
                        Assistant United States Attorneys

cc: Barbara and Nicholas Scali,
    26 Horton Avenue,
    Middletown, NY 10940
    (by mail)