THE LAW OFFICES OF

The application is ✓ granted.
___ denied.

*Nelson S. Román, U.S.D.J.*

# *STEVEN L. KESSLER*

Nelson S. Román, U.S.D.J.
Dated: Feb. 11, 2020
White Plains, New York 10601

February 5, 2020

Clerk of the Court requested
to terminate the motion
(doc. 261)

**VIA ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601-4150

Re:   *United States v. Scali*
       **16 Cr. 00466 (NSR)**

Dear Judge Roman:

I write on behalf of Barbara and Nicholas Scali, Petitioners in the proceedings relating to the forfeiture of 151 Balfour Road, West Hartford, Connecticut, as a substitute asset in the referenced matter.

Pursuant to my conversation yesterday with Mrs. Scali, my firm is in the process of being retained to represent the Petitioners and respond to the government's motion to dismiss the Scalis' Petition [ECF #256]. I understand that the Court set a deadline of January 31, 2020 for the Scalis to respond to the government's filing [ECF #257]. In light of the above, we respectfully request an extension until March 4, 2020 to file Petitioners' response. I spoke this morning with AUSA Olga Zverovich and informed her of the situation. She has no objection to our request.

Thank you for your consideration.

Respectfully submitted,

LAW OFFICES OF STEVEN L. KESSLER

*Steven L. Kessler*

by:

Steven L. Kessler

SLK:rmaf
cc: All counsel (*by ECF*)