**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 1, 2020

**BY ECF**
The Honorable Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

The application is  X  granted.
                    ___ denied.

_____
Nelson S. Román, U.S.D.J.
Dated: April 7, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 269).

Re: **United States v. Joseph Scali**
S2 16 Cr. 466 (NSR)

Dear Judge Román:

The Government respectfully requests leave to file a reply in support of its Motion to Dismiss the Petition of Nicholas and Barbara Scali on or before May 1, 2020. By way of background, the Motion was filed on November 7, 2019. The Petitioners filed their response on March 12, 2020, after obtaining multiple adjournments, with consent of the Government. The Petitioners' 25-page response raises various disparate claims not elucidated in the *pro se* Petition that the Government will address in the first instance. The Court's prior scheduling orders did not set forth a deadline for a reply.

Accordingly, given the breadth of the response, the history of this case, and the impact of the current circumstances, the Government requests that it be permitted to file its reply on or before May 1, 2020. Counsel for the Petitioners has advised that he has no objection to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /S/ _____
VLADISLAV VAINBERG
OLGA ZVEROVICH
Assistant United States Attorneys

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2020

CC: Steven Kessler, Esq. (via ECF).