UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
UNITED STATES OF AMERICA  :
:
-v.-  :  **ORDER EXONERATING BAIL**
:
JOSEPH SCALI,  :
:  S2 16 Cr. 466 (NSR)
Defendant.  :
:
------------------------------------- X

WHEREAS, on or about March 1, 2018, following a jury trial, JOSEPH SCALI (the "Defendant") was found guilty of Counts One through Ten of the Superseding Indictment (the "Indictment") in the above-captioned action;

WHEREAS, on or about November 27, 2016, the Defendant and his wife Arelys Silver executed a mortgage to 151 Balfour Road, West Hartford, CT 06107 in favor of the Government in the amount of $1,255,000 in order to secure the Defendant's bail;

WHEREAS, on or about March 6, 2019, the Defendant was sentenced;

WHEREAS, all proceedings relating to aforesaid Indictment have been terminated and the bail should be exonerated; and

WHEREAS, upon the Government's motion, it is hereby;

ORDERED that the bail is exonerated and the County Clerk shall enter the Satisfaction of Judgment.

SO ORDERED.

Dated: New York, New York
       June 13, 2022



_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Clerk of Court is requested to terminate the motion at ECF No. 307.