```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH SCALI,

          Defendant.

**AMENDED ORDER OF RESTITUTION**

S2 16 Cr. 466 (NSR)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Assistant United States Attorney Olga I. Zverovich, of counsel, it is hereby ORDERED that:

1. **Amount of Restitution.** JOSEPH SCALI, the Defendant, shall pay restitution in the total amount of $852,200, of which:  $850,000 shall be paid to the victims of the offense charged in Count One; and $2,200 shall be paid to the victims of the offense charged in Count Ten. The names, addresses, and specific amounts owed to each victim are set forth in the Amended Schedule of Victims attached hereto as Schedule A.

2. **Apportionment Among Victims.** Pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid. Any payments should be applied in the following order: first, toward the obligation to the victims of the offense charged in Count Ten; next, toward the obligation to the victims of the offense charged in Count One on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim as set forth more fully in Schedule A; finally, pursuant to 18 U.S.C. § 3664(j)(1), toward the obligation to the Subrogee as specified in Schedule A. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

3. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Amended Schedule of Victims attached hereto as Schedule A shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: White Plains, New York
       January 20, 2023

_____
HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE